HEDY STEINER, Respondent, *v.* ELIZABETH O'LEARY, Appellant.

Supreme Court, Appellate Term, First Department, March 21, 1946.

*I. H. Taylor* and *S. M. Sprafkin* for appellant.

*Frank G. Wittenberg* for respondent.

Order affirmed, with $10 costs and disbursements.

Concur: SHIENTAG, McLAUGHLIN and HECHT, JJ.